FARMERS SYNDICATE, INC., Appellant, v. F. KIESER & SON CO., INC.,

---

* Amd. by Laws of 1914, chap. 378.— [REP.

and KASCO MILLS, INC., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

FARMERS SYNDICATE, INC., Appellant, v. F. KIESER & SON CO., INC., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.